1

2

3

4                                                                    JS-6

5

6

7

8                      **UNITED STATES DISTRICT COURT**
                       **CENTRAL DISTRICT OF CALIFORNIA**
9

10   DANIELLE LOZANO,                          Case No.  2:21-CV-09648-SB(PVCx)

11                        Plaintiff,            **ORDER DISMISSING CASE WITH**
                                                **PREJUDICE**
12          vs.

13   SEEGRID CORPORATION, A
     DELAWARE CORPORATION; JACK
14   KAUMO, AN INDIVIDUAL, AND
     DOES 1 THROUGH 20, INCLUSIVE
15
                         Defendants.
16

17

18                                  **ORDER**

19

20       THE COURT having considered the Joint Stipulation for Dismissal of Case

21   with Prejudice entered into between Plaintiff DANIELLE LOZANO and

22
     Defendants SEEGRID CORPORATION and JACK KAUMO, and good cause
23

24   appearing therefore, IT IS HEREBY ORDERED that:

25   1.    The above-captioned action be dismissed in its entirety with prejudice as to

26
     all claims and all parties pursuant to Federal Rule of Civil Procedure 41(a)(1); and
27

28

                                      -1-

1    2.    Each party shall bear their own attorneys' fees and costs.

2
     IT IS SO ORDERED.
3

4    Dated:  June 17, 2022

5                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-